UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-2473 DSF (JCx) | Date | 4/18/12 |
|---|---|---|---|
| Title | Travelers Property Casualty Company of America v. KB Home Coastal, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction

   Plaintiff filed this action on March 22, 2012, claiming that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, otherwise known as diversity jurisdiction. (Compl. ¶ 7.) "Federal courts are courts of limited jurisdiction" and "possess only that power authorized by [the] Constitution and statute . . . ." Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 377 (1994). The party asserting federal jurisdiction has the burden to prove that jurisdiction exists. Lewis v. Verizon Commc'ns, Inc., 627 F.3d 395, 399 (9th Cir. 2010). Federal courts have diversity jurisdiction over civil actions in which (1) the amount in controversy exceeds $75,000; and (2) there is complete diversity of citizenship between the opposing parties. 28 U.S.C. § 1332(a).

   Plaintiff fails to properly allege its citizenship. A corporation is a citizen of both its state of incorporation and the state in which its principal place of business is located. 28 U.S.C. § 1332(c)(1). Plaintiff only alleges that it is "a corporation, existing under the laws of the State of Connecticut . . . [and] eligible to do business as an insurer in the State of California." (Compl. ¶ 1.) Thus, Plaintiff's citizenship cannot be determined.

   Because Plaintiff does not adequately allege its citizenship, the Court orders Plaintiff to show cause, in writing, on or before May 4, 2012 why this action should not be dismissed for lack of subject matter jurisdiction.

   IT IS SO ORDERED.